gie Rogers and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to serve an amended answer within 20 days, upon payment of costs of the demurrer and of this appeal. See 45 N. Y. Supp. 661.

CITY OF OLEAN, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the city of Olean against Eva E. Smith. No opinion. Judgment affirmed, with costs.

CLARK, Appellant, v. CHAMPLIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Isaac C. Clark against Abner G. Champlin and Samantha Campbell, an attaching creditor. No opinion. Order reversed, with $10 costs and disbursements, and order denied, with $10 costs. All concur, except WARD, J., not voting.

CLARK et al. v. HOLDRIDGE et al. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by Mary S. Clark and others against Martin L. Holdridge and John West. No opinion. Motion denied. See 43 N. Y. Supp. 115.

CLARK, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. October 1, 1897.) Action by Maggie Clark, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. See 40 N. Y. Supp. 730.

In re CLERK OF CLINTON COUNTY. (Supreme Court, Appellate Division, Third Department. October 22, 1897.) In the matter of review of the determination of the clerk of Clinton county respecting certificate of nomination at a Republican convention held in Clinton county October 5, 1897. No opinion. Order appealed from affirmed.

CLOTHIER, Appellant, v. ALDRICH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by James Clothier, Jr., against Isaac A. Aldrich and others. No opinion. Order reversed, with $10 costs and disbursements, with leave to renew the motion at special term. See Simpson v. Railroad Co., 48 Hun, 113; Cramer v. Lovejoy, 41 Hun, 582; Gould v. Patterson, 87 Hun, 533, 34 N. Y. Supp. 289; Paddock v. Barnett, 88 Hun, 381, 34 N. Y. Supp. 834. See 45 N. Y. Supp. 1136.

COHEN, Appellant, v. DRY-DOCK, E. B. & B. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by Simon Cohen, as administrator, against the Dry-Dock, East Broadway & Battery Railroad Company. H. B. Salisbury, for appellant. J. M. Scribner, for respondent. No opinion. Judgment affirmed, with costs.

COLAZUONNO, Appellant, v. HANLEIN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 15, 1897.)

Action by James R. Colazuonno, an infant, against Henry Hanlein and others. W. W. Niles, for appellant. F. Farquhar, for respondents. No opinion. Judgment and order affirmed, with costs.

COLER v. LAMB. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by William N. Coler against Hugh Lamb. No opinion. Motion denied. See 46 N. Y. Supp. 1090.

COLLINS, Appellant, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Martin B. Collins against the city of Syracuse. No opinion. Judgment affirmed, with costs.

COLONIAL CITY TRACTION CO., Appellant, v. ULSTER & D. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 14, 1897.) Action by the Colonial City Traction Company against the Ulster & Delaware Railroad Company.

PER CURIAM. Upon the case as presented, the plaintiff was not entitled, as matter of right, to a temporary injunction. It was, at most, within the discretion of the court; and no sufficient ground is apparent for us to interfere with the discretion of the special term, or exercise our discretion, if in our power to do so, in favor of the plaintiff. We do not consider the other propositions discussed by the court below, or pass upon the questions involved in the merits of the case. They can be better disposed of at the trial. We therefore affirm the order.

COLWELL LEAD CO. v. SIRE et al. (Supreme Court, Appellate Division, First Department. May 21, 1897.) Action by the Colwell Lead Company against Albert I. Sire, impleaded. No opinion. Motion denied.

COMMERCIAL BANK et al. v. BOLTON et al. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the Commercial Bank and Menzo Van Voorhis against Catherine Bolton and Frederick A. Sherwood, impleaded, etc. No opinion. Motion for a reargument denied. Motion for leave to appeal to the court of appeals granted, and the two questions certified to the court of appeals filed with the clerk. See 46 N. Y. Supp. 734.

CONTI, Respondent, v. BARILATI, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1897.) Action by Cesare Conti against Marcello H. Barilati. A. D. Pape, for appellant. L. Steckler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re CORNING FOUNDATION et al. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) In the matter of the application of the Corning Foundation and others. No opinion. Order affirmed, with $10 costs and disbursements. See 39 N. Y. Supp. 385.

COXHEAD, Respondent, v. JOHNSON et al., Appellants. (Supreme Court, Appellate Divi-